## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **MARY ANNETTE ABERNATHY,** *et al.*, | § | |
| | § | |
| **V.** | § | **CASE NO. 1:14-CV-466** |
| | § | |
| | § | |
| | § | |
| **BECON CONSTRUCTION CO., INC.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation on the parties' joint motion to approve settlement. Judge Giblin recommended that the Court grant the motion and adopt his finding that the proposed settlement in this matter is a fair and reasonable compromise of a bona fide dispute under the Fair Labor Standards Act (FLSA).

The parties filed a notice of no objections to the magistrate judge's recommendation (Doc. No. 73). Having considered the magistrate judge's report and the lack of opposition to his findings and recommendation, the Court **ORDERS** that the Report and Recommendation (Doc. No. 72) and the specific findings therein are **ADOPTED**. It is further **ORDERED** that Joint Motion to Approve Settlement (Doc. No. 71) is **GRANTED**.

**So Ordered and Signed**

**Dec 19, 2016**

_____
Ron Clark, United States District Judge